PROB 22
(MD/PA 6/2013)

DOCKET NUMBER *(Tran. Court)*

4:17 CR 139-06

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Connor Drew Dykes<br>Maryland | Middle District of Pennsylvania | Williamsport |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Matthew W. Brann<br>Chief United States District Judge |

| DATES OF<br>Supervised Release | FROM<br>January 10, 2023 | TO<br>January 9, 2028 |
|---|---|---|

**OFFENSE**

Conspiracy to Possess With Intent to Distribute and Distribute of 500 Grams or More of Methamphetamine - 21 U.S.C. § 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Pennsylvania___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Maryland___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

March 27, 2023
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Maryland___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge